IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ D.C.
05 MAY -6 AM 8:40
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN-JACKSON

| | |
|---|---|
| TERESA SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 05-1079-T/AN |
| GREYHOUND LINES, INC., a Delaware Corporation, | ) ) ) ) |
| Defendants. | ) |

## ORDER ALLOWING SUBSTITUTION OF COUNSEL

Before the Court is the Motion of Moss, Benton & Wallis, PLLC and Gullett, Sandford, Robinson & Martin by Edwin E. Wallis, Jr. and A. Scott Derrick and Christopher W. Cardwell to be substituted as lead counsel for Defendants, Greyhound Lines, Inc., and further, for the Court to allow the withdrawal of Jon Feikens, Esq. of the law firm of Feikens, Stevens, Kennedy & Galbraith, P.C., Detroit, Michigan as attorney for Defendants Greyhound Lines, Inc. Upon consideration of said Motion, the fact that the case has been transferred from the District Court in Michigan to this Court, and it appearing that no opposition to said Motion exists, the Court finds that said Motion for Substitution of Counsel and Withdrawal to be well taken and grants same.

IT IS THEREFORE ORDERED, that the law firms of Moss, Benton & Wallis, PLLC and Gullett, Sanford, Robinson & Martin, PLLC be, and same hereby are substituted as lead counsel for the Defendant, Greyhound Lines, Inc. and that Jon Feikens, Esq. of the law firm of Feikens, Stevens, Kennedy & Galbraith, P.C., Detroit, Michigan is hereby granted leave to withdraw as counsel for the Defendant,

Greyhound Lines, Inc., and that he is relieved of further responsibility as counsel in this matter.

IT IS SO ORDERED.

*James D. Todd*
JUDGE
DATE: 5 May 2005

F:\GREYHOUND\SMITH TERESA\SUBSTITUTE COUNSEL ORDER

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01079 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Jeffrey P. Boyd
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

John T. Eads
KOPKA PINKUS
32605 W. Twelve Mile Rd.
Ste. 200
Farmington Hills, MI 48334--333

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Bret A. Schnitzer
3334 Fort St.
Lincoln Park, MI 48146

Jon Feikens
Feikens, Stevens
660 Woodward Avenue
Suite 700
Detroit, MI 48226--342

Honorable James Todd
US DISTRICT COURT