IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF TENNESSEE, EASTERN DIVISION

| | | |
|---|---|---|
| TERESA SMITH, | * | |
| Plaintiff, | * | |
| -VS- | * | Civil Action No.05-1079-T/AN |
| | | Honorable James D. Todd Presiding |
| GREYHOUND LINES, INC, a DELAWARE CORPORATION and ARC INTERNATIONAL/ TRANS USA CORPORATION and ALEX YU CHANG, | * | Magistrate S. Thomas Henderson |
| | * | |
| Defendants. | * | |

## ORDER ALLOWING SECOND AMENDED COMPLAINT

Upon Motion of the plaintiff, upon review of the record, and for good cause shown, it is hereby:

ORDERED that the plaintiff, Teresa Smith, shall be allowed to file the Second Amended Complaint attached to the Motion to Amend Complaint and process shall issue and be served and that this Amendment shall relate back to the date of the original filing pursuant to Rule 15 of the *Federal Rules of Civil Procedure*.

ENTER this the 17th day of May, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/18/05



_____S. Thomas Anderson USMJ_____
~~HONORABLE JAMES D. TODD~~

APPROVED FOR ENTRY:

HILL • BOREN, P.C.

_____
Jeffrey P. Boyd
Attorney for Plaintiff
1269 N. Highland Ave.
P.O. Box 3539
Jackson, Tennessee 38303-3539

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is attorney of record for plaintiff and has served a true and correct copy of the foregoing pleading by United States Mail, postage paid, to Ed Wallis at his last known address of 325 North Parkway, P.O. Box 3897 Jackson, Tennessee 38303-3897.

This the 10th day of May, 2005.

HILL • BOREN P.C.

_____
Jeffrey P. Boyd

File Stamped copy of pg 1 Seconded Amend Complaint attached.



IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF TENNESSEE, EASTERN DIVISION

| | |
|---|---|
| TERESA SMITH, | * |
| Plaintiff, | * |
| -VS- | * Civil Action No.05-1079-T/AN |
| | Honorable James D. Todd Presiding |
| GREYHOUND LINES, INC, a DELAWARE CORPORATION and ARC INTERNATIONAL/ TRANS USA CORPORATION and ALEX YU CHANG, | * Magistrate S. Thomas Henderson |
| Defendants. | * |

## SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the plaintiff, Teresa Smith, by and through her attorneys, Hill-Boren, PC and The Law Offices of Brent A. Schnitzer, PC, and for her causes of action against the above named defendants states unto this Honorable Court as follows:

I

### JURISDICTION, VENUE AND ALLEGATIONS

1. The plaintiff, Teresa Smith, is a residence citizen of the city of Wyandotte, Wayne County Michigan.

2. The defendant, Greyhound Lines, Inc. is a public transportation corporation, duly authorized and licensed to do business in the state of Michigan, the state of Tennessee, and does business in the County of Wayne, specifically at 112 Sixth Fourth Street, Lincoln Park, Michigan 48146, and whose registered agent is The Corporation Company, 30600 Telegraph Road,

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01079 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

Jeffrey P. Boyd
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Bret A. Schnitzer
3334 Fort St.
Lincoln Park, MI 48146

John T. Eads
KOPKA PINKUS
32605 W. Twelve Mile Rd.
Ste. 200
Farmington Hills, MI 48334--333

Honorable James Todd
US DISTRICT COURT