IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



| | |
|---|---|
| DWIGHT B. WALKER, personal representation of the Estate of WILLIE MAE WALKER, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 1:04-CV-01342-T/TA |
| GREYHOUND BUS LINES, TRANS USA CORPORATION, ROXANN ELLENS, THERESA BROWN, DIANA GONZALEZ, DEBORAH TAYLOR, WARREENA HENDERSON, RAYMOND WELLS, and/or CONNIE VANDVINE, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| ANNA M. HILL, Individually and as Personal Representative of the Estate of CHARLOTTE THOMPSON, Deceased, JAMES THOMPSON, JULIA T. HARMON, CLAUDIA THOMPSON, SHIRLEY THOMPSON, CHARLENE THOMPSON, PAMELA THOMPSON, LYDELL THOMPSON, LORINE AUSTIN, FRANCES DAVIDSON, LARRY THOMPSON, CLIFTON THOMPSON, PAULINE THOMPSON and ROBERT C. PURVIS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1-05-1163 T/AN<br>)<br>) JUDGE TODD / ANDERSON |
| Plaintiffs, | ) |
| vs. | ) |
| GREYHOUND LINES, INC., a Delaware corporation, ARC INTERNATIONAL CORPORATION dba TRANS USA CORPORATION and ALEX YU CHANG, | )<br>)<br>)<br>) |
| Defendants. | ) |
| TERESA SMITH, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-1079-T/AN |
| GREYHOUND LINES, INC., a Delaware Corporation, | )<br>) |
| Defendants. | ) |

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  08-23-05

20

```
DOROTHY A. STEELE,                      )
                                        )
              Plaintiff,                )
                                        )
    vs.                                 )   No. C-01-05-2480 T/An
                                        )
ESTATE OF THOMAS DICKERSON, II,         )
As Employee/Agent Greyhound             )
Lines, Inc., and GREYHOUND              )
LINES, INC., and ALEX YU CHANG,         )
as Employee/Agent of COASTAL            )
GROUP CORPORATION and TRANS             )
USA CORPORATION,                        )
                                        )
              Defendants.               )
```

### ORDER ON JOINT MOTION TO CONSOLIDATE
### CASES FOR ALL PURPOSES OF PRETRIAL PROCEEDINGS

Upon the Joint and unopposed Motion of the parties, and for good cause shown, it is hereby Ordered that all pretrial proceedings in these cases shall be consolidated, with the details and scheduling of these pretrial proceedings to be determined by a Joint Scheduling Order to be entered at the Case Management Conference.

SO ORDERED this 22nd day of August, 2005.

_____
JUDGE

F:\GREYHOUND\CONSOLIDATION ORDER

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CV-01079 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Jeffrey P. Boyd
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Bret A. Schnitzer
3334 Fort St.
Lincoln Park, MI 48146

Honorable James Todd
US DISTRICT COURT