IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 05-1079-T/An |
| | ) | |
| GREYHOUND BUS LINES, INC., a Delaware Corporation; ARC INTERNATIONAL/TRANS USA CORPORATION; and ALEX YU CHANG, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER DENYING MOTION TO RESET TRIAL DATE AS UNNECESSARY

The parties in this case have filed a joint motion to reset the trial date. The parties also filed a joint motion to consolidate this case with several other related cases, for all pretrial proceedings, and a joint motion to continue the scheduling conference currently set for August 30, 2005.

The joint motion to reset the trial date is DENIED as unnecessary, as no official trial date has been set in this case. The set of instructions regarding the scheduling conference, which is attached to the Notice of Setting, specifically states that the trial date contained therein is "tentative only and may be changed by the scheduling order." The case will not be placed on the Court's trial calendar until a scheduling order is actually issued.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE 23 August 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/24/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CV-01079 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Jeffrey P. Boyd
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Bret A. Schnitzer
3334 Fort St.
Lincoln Park, MI 48146

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable James Todd
US DISTRICT COURT