IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TERESA SMITH, | ) |
|  Plaintiff, | ) |
|  | ) NO. 05-1079 T/AN |
| vs. | ) |
| GREYHOUND LINES, INC., a Delaware Corporation, | ) |
|  Defendant. | ) |

### ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Currently, a Case Management Conference in this matter has been set for August 30, 2005 at 10:00 a.m. Because this case is one of seven pending in federal courts arising out of an accident in Jackson, Tennessee on August 6, 2004, the parties have requested that the Case Management Conference be continued until such time as three of the cases can be transferred to this Court. Therefore, it is Ordered that the August 30, 2005 Case Management Conference is continued. The Court will reschedule the Case Management Conference by separate order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

August 26, 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 08-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:05-CV-01079 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Jeffrey P. Boyd
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Bret A. Schnitzer
3334 Fort St.
Lincoln Park, MI 48146

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable James Todd
US DISTRICT COURT